NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARK W. KILBOURNE,**
*Plaintiff-Appellant*

**v.**

**APPLE INC.,**
*Defendant-Appellee*

---

2020-1429

---

Appeal from the United States District Court for the Northern District of California in No. 4:18-cv-04619-JSW, Judge Jeffrey S. White.

---

**JUDGMENT**

---

ROBERT JAMES MCAUGHAN, JR., McAughan Deaver PLLC, Houston, TX, argued for plaintiff-appellant. Also represented by ALBERT BERTON DEAVER, JR.

JOSEPH A. HYNDS, Rothwell, Figg, Ernst & Manbeck, PC, Washington, DC, argued for defendant-appellee. Also represented by JENNIFER NOCK.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, DYK and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 4, 2020
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court